*E-filed on* 7/2/07

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| FRED BURGENER,<br><br>    Plaintiff,<br><br>    v.<br><br>UNION PACIFIC CORPORATION,<br><br>    Defendant. | No. C-07-02550 RMW<br><br>ORDER DISMISSING CASE |

    Plaintiff Fred Burgener filed his complaint on May 14, 2007. It does not appear that he has served any defendant.

    The court has received a letter from plaintiff dated June 25, 2007 stating that he wishes to dismiss the case without prejudice. The court grants plaintiff's request hereby dismisses his complaint without prejudice. The clerk shall close the file.

DATED: 7/2/07

*[signature: Ronald M. Whyte]*
RONALD M. WHYTE
United States District Judge

ORDER DISMISSING CASE—No. C-07-02550 RMW
MAG

**A copy of this order was mailed on** _____7/2/07_____ **to:**

**Plaintiff:**

Frederick N. Burgener
708 San Conrado Terrace #1
Sunnyvale, CA 94085
PRO SE

**Counsel for Defendant:**

No appearance

Counsel are responsible for distributing copies of this order to co-counsel, as necessary.